# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grimm, Paul W. | U.S. District Court, District of Maryland | 05/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (active status) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Chambers 8B U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor, part-time | Shemer Bar Review (lecturer) |
| 2. | Instructor, part-time | University of Baltimore School of Law (adjunct faculty) |
| 3. | Instructor, part-time | University of Maryland School of Law (adjunct faculty) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Shemer Bar Review, lecturer | $5,300.00 |
| 2. 2011 | ABA-MD Discovery Problems Solutions, royalties | $1,687.27 |
| 3. 2011 | University of Baltimore School of Law, adjunct faculty | $7,300.00 |
| 4. 2011 | University of Maryland School of Law, adjunct faculty | $3,650.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Dietician- |
| 2. 2011 | Dietician- |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sedona Conference | 4/6/11-4/8/11 | L'Auberge del Mar, CA | educational seminar | meals, travel, lodging |
| 2. | Sedona Conference | 4/27/11-4/29/11 | Ft. Lauderdale, FL | educational seminar | meals, travel, lodging |
| 3. | IQPC | 5/7/11-5/12/11 | London, England | educational seminar | meals, travel, lodging |
| 4. | ALI-ABA | 7/27/11-7/31/11 | Santa Fe, NM | educational seminar | meals, travel, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  M&T Bank accounts | A | Interest | L | T | | | | | |
| 2.  AXA Equitable TSA (Equi-Vest) | | None | K | T | | | | | |
| 3.  Vanguard GNMA Fund IRA | B | Dividend | K | T | | | | | |
| 4.  Lincoln Multi-Fund (Johns Hopkins Hosp Retirement) | | None | J | T | | | | | |
| 5.  T. Rowe Price Equity Income IRA | A | Dividend | K | T | | | | | |
| 6.  The Columbia Bank CD | A | Interest | J | T | | | | | |
| 7.  Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 8.  Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 9.  T. Rowe Price Prime Reserve | A | Dividend | K | T | | | | | |
| 10.  MD College Investment Plan 529-Portfolio 2012 | | None | K | T | | | | | |
| 11.  Exelon Corporation common stock | A | Dividend | J | T | | | | | |
| 12.  VCSP/College America EuroPacific Growth Fund 529A | A | Dividend | J | T | Redeemed (part) | 9/16/11 | J | | |
| 13.  VCSP/College America Growth Fund of America 529A | A | Dividend | J | T | Redeemed (part) | 9/16/11 | J | | |
| 14.  VCSP/College America SMALLCAP World Fund 529A | A | Dividend | J | T | Redeemed (part) | 9/16/11 | J | | |
| 15.  VCSP/College America Fundamental Investors 529A | A | Dividend | J | T | Redeemed (part) | 9/16/11 | J | | |
| 16.  VCSP/College America Capital Income Builder 529A | A | Dividend | J | T | Redeemed (part) | 9/16/11 | J | | |
| 17.  VCSP/College America Amer Fds Money Mkt Fd 529A | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VCSP/College America Amer Fds Money Mkt Fd 529A | | None | K | T | Buy (add'l) | 9/16/11 | K | | |
| 19. IRA - RBC | | | | | | | | | |
| 20. - Calamos Strategic Total Return Fund | A | Dividend | J | T | | | | | |
| 21. - Goldman Sachs Tr Equity Growth Strategy | A | Dividend | J | T | Buy (add'l) | 1/3/11 | J | | |
| 22. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 23. - Prime MM, RBC Investor Class | A | Dividend | J | T | | | | | |
| 24. - Invesco Van Kampen Equity Income C | A | Dividend | K | T | Buy (add'l) | 3/21/11 | J | | |
| 25. | | | | | Buy (add'l) | 6/20/11 | J | | |
| 26. | | | | | Buy (add'l) | 9/19/11 | J | | |
| 27. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 28. - MacQuarie 1st Tr Global Infrastructure Div/Inc | B | Dividend | J | T | | | | | |
| 29. - Enervest Diversified Income Trust | A | Dividend | J | T | | | | | |
| 30. - Cohen & Steers Infrastructure Fund | B | Dividend | J | T | | | | | |
| 31. - John Hancock Tax Advntgd Div/ Inc | B | Dividend | K | T | | | | | |
| 32. - AllianceBernstein Global Hi Income Fd II | C | Dividend | K | T | | | | | |
| 33. - Countrywide Home Loans Ser | A | Interest | J | T | Redeemed (part) | 3/25/11 | J | A | |
| 34. | | | | | Redeemed (part) | 4/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 36. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 37. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 38. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 39. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 40. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 41. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 42. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 43. - CS First Boston Mortgage | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 44. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 45. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 46. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 47. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 48. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 49. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 50. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 51. | | | | | Redeemed (part) | 12/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - FHLMC REMIC 3010-YD | A | Interest | J | T | | | | | |
| 53.  - Banc of America Fndg Corp Ser | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 54. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 55. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 56. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 57. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 58. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 59. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 60. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 61. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 62.  - Citicorp Mortgage Secs Tr Ser | A | Interest | J | T | | | | | |
| 63.  - Bank of America Mtge Sec Ser | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 64. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 65. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 66. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 67. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 68. | | | | | Redeemed (part) | 6/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 70. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 71. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 72. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 73. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 74. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 75.   - Wells Fargo Mtge Bkd Sec | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 76. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 77. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 78. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 79. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 80. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 81. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 82. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 83. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 84. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 85. | | | | | Redeemed (part) | 11/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 87. - Alternative Loan Tr | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 88. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 89. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 90. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 91. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 92. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 93. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 94. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 95. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 96. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 97. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 98. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 99. - CWalt Inc Mtge PC | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 100. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 101. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 102. | | | | | Redeemed (part) | 4/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 104. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 105. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 106. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 107. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 108. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 109. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 110. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 111. - Countrywide Home Loan Alt Loan | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 112. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 113. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 114. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 115. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 116. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 117. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 118. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 119. | | | | | Redeemed (part) | 9/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 121. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 122. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 123.  - Mastr Alt Loan Trust Ser ▓ | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 124. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 125. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 126. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 127. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 128. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 129. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 130. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 131. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 132. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 133. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 134.  - Mastr Alt Loan Trust Ser ▓ | B | Interest | K | T | Redeemed (part) | 1/25/11 | J | A | |
| 135. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 136. | | | | | Redeemed (part) | 3/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 138. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 139. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 140. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 141. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 142. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 143. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 144. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 145. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 146. - Alternative Loan Trust | B | Interest | K | T | Redeemed (part) | 1/25/11 | J | A | |
| 147. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 148. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 149. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 150. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 151. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 152. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 153. | | | | | Redeemed (part) | 8/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 155. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 156. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 157. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 158. - Banc Amer Funding Corp | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 159. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 160. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 161. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 162. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 163. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 164. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 165. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 166. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 167. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 168. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 169. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 170. - Alternative Loan Trust | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 172. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 173. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 174. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 175. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 176. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 177. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 178. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 179. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 180. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 181. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 182.   - 1st Horizon Alt Mtge Ser | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 183. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 184. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 185. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 186. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 187. | | | | | Redeemed (part) | 6/25/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 189. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 190. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 191. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 192. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 193. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 194. - Banc Amer Mtg Sec | A | Interest | J | T | Redeemed (part) | 1/25/11 | J | A | |
| 195. | | | | | Redeemed (part) | 2/25/11 | J | A | |
| 196. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 197. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 198. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 199. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 200. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 201. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 202. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 203. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 204. | | | | | Redeemed (part) | 11/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 206. - Banc of Amer Alt Ln Tr | A | Interest | J | T | Buy | 2/25/11 | J | | |
| 207. | | | | | Redeemed (part) | 3/25/11 | J | A | |
| 208. | | | | | Redeemed (part) | 4/25/11 | J | A | |
| 209. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 210. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 211. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 212. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 213. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 214. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 215. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 216. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 217. - Wells Fargo Mtge Bkd Sec | A | Interest | J | T | Buy | 2/25/11 | J | | |
| 218. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 219. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 220. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 221. | | | | | Redeemed (part) | 11/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 223.  - Mastr Alt Loan Tr | A | Interest | J | T | Buy | 4/25/11 | J | | |
| 224. | | | | | Redeemed (part) | 5/25/11 | J | A | |
| 225. | | | | | Redeemed (part) | 6/25/11 | J | A | |
| 226. | | | | | Redeemed (part) | 7/25/11 | J | A | |
| 227. | | | | | Redeemed (part) | 8/25/11 | J | A | |
| 228. | | | | | Redeemed (part) | 9/25/11 | J | A | |
| 229. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 230. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 231. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 232.  - Mastr Alt Loan Tr | A | Interest | J | T | Buy | 6/27/11 | J | | |
| 233. | | | | | Redeemed (part) | 8/25/11 | J | | |
| 234. | | | | | Redeemed (part) | 9/25/11 | J | | |
| 235. | | | | | Redeemed (part) | 10/25/11 | J | | |
| 236. | | | | | Redeemed (part) | 11/25/11 | J | | |
| 237. | | | | | Redeemed (part) | 12/25/11 | J | | |
| 238.  - Alternative Loan Tr | A | Interest | J | T | Buy | 7/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Redeemed (part) | 8/25/11 | J | | |
| 240. | | | | | Redeemed (part) | 9/25/11 | J | | |
| 241. | | | | | Redeemed (part) | 10/25/11 | J | | |
| 242. | | | | | Redeemed (part) | 11/25/11 | J | | |
| 243. | | | | | Redeemed (part) | 12/25/11 | J | | |
| 244.   - CSFB Mtge Bkd | A | Interest | J | T | Buy | 10/25/11 | J | | |
| 245. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 246. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 247.   - Bear Stearns Asset Bk Sec Tr | A | Interest | J | T | Buy | 11/25/11 | J | | |
| 248. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 249.   -CitiMortgage Alt Loan Tr | A | Interest | | | Redeemed (part) | 1/25/11 | J | A | |
| 250. | | | | | Sold | 2/9/11 | J | A | |
| 251. | | | | | Redeemed | 2/25/11 | J | A | |
| 252.   M&T Bank CD (Y) | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 252: M&T Bank CD has been combined with other M&T Bank savings accounts (line 1), per the instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544